UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RICK HARRISON, et al., | CIVIL NO. 13-1680 (PJS/JSM) |
| Plaintiffs, | <u>ORDER</u> |
| v. | |
| REPUBLIC OF SUDAN, | |
| Defendant. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 9, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that

Plaintiffs' Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 9/26, 2014                               s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Judge